In the Matter of Michael
WOODY, Appellant.

No. ED 76603.

Missouri Court of Appeals,
Eastern District,
Division Five.

Jan. 18, 2000.

Virginia Rice, The Rice Law Firm, Clayton, for appellant.

Dee Joyce-Hayes, St. Louis, for respondent.

Before RHODES RUSSELL, C.J.,
LAWRENCE G. CRAHAN, J. and
ROBERT E. CRIST, Sr.J.

*ORDER*

PER CURIAM.

Michael Woody ("Woody") appeals the judgment granting the Metropolitan St. Louis Psychiatric Center's petition for involuntary electroconvulsive therapy. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would be of no precedential value. We have, however, provided the parties with a brief memorandum opinion setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).

Jan DAVENPORT, Appellant,

v.

WASHINGTON UNIVERSITY,
Respondent.

No. ED 76348.

Missouri Court of Appeals,
Eastern District,
Division Five.

Jan. 18, 2000.

Harry J. Nichols, St. Louis, for appellant.

David S. Ware, Michael A. Finley, St. Louis, for respondent.

Before RHODES RUSSELL, C.J.,
LAWRENCE G. CRAHAN, J., and
ROBERT E. CRIST, Sr.J.

*ORDER*

PER CURIAM.

Jan Davenport ("Employee") appeals the award of the Labor and Industrial Relations Commission denying her claim for permanent partial disability against her employer, Barnes West Urology, Washington University School of Medicine ("Employer"). We have reviewed the briefs of parties and the record on appeal and find that the award is supported by competent and substantial evidence on the whole record. An extended opinion would have no precedential value. We have, however, provided the parties with a brief memorandum, for their use only, explaining the reason for our decision. The judgment is affirmed pursuant to Rule 84.16(b).